UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASMINE TORO,

              Plaintiff,

- against -

LEROUX ASSOCIATED STORES MA, INC.,

              Defendant.

---

23-cv-1804 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by May 30, 2023.

SO ORDERED.

Dated:    New York, New York
           May 12, 2023

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                            United States District Judge