UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JASMINE TORO,

                Plaintiff(s)

                                      23 civ 1804 (JGK)

     -against-

LeROUX ASSOCIATED STORES, MA, INC.,
                Defendant(s).
------------------------------------------------------------X

## ORDER

A scheduling order having been entered on June 2, 2023,

The conference scheduled for July 25, 2023, at 3:00pm, is canceled.

**SO ORDERED.**

                                                                              **JOHN G. KOELTL**
                                                 **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         July 18, 2023